UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE COMPANY,

Plaintiff,

v.

BELINDA FRENCH, et al.,

Defendants.

Hon. Jane M. Beckering

Case No. 1:25-cv-985

**REPORT AND RECOMMENDATION**

Plaintiff Metropolitan Life Insurance Company (Met Life) filed this interpleader action on August 20, 2025, seeking a determination as to which members of two groups of beneficiaries should receive the death benefits payable under a policy of life insurance for decedent Dennis Keith French. The first group includes the decedent's wife, Belinda French, and his daughter, Crystal Blackburn. The second group includes the decedent's other children, Blackburn, Michelle Beach, Monique French, Eric French, Anthony French, and Dennis French II. Met Life has deposited the funds with the Court and has been dismissed from the action. (ECF No. 87.)

On January 24, 2026, the Clerk entered default against all the children. (ECF No. 35.) Thereafter, Crystal, Michelle, Monique, and Eric moved to set aside the default. (ECF Nos. 38–40, 44.) The motions were held in abeyance pending compliance with Local Civil Rule 7.1(d). (ECF Nos. 41–43, 45.) Monique, Crystal, and Michelle complied (ECF Nos. 47-49), but Eric did not, so his motion was dismissed. (ECF No. 50.) On March 26, 2026, I set aside the defaults against Monique, Crystal, and Michelle. (ECF Nos. 51 and 52.) Thereafter, Monique and Crystal filed answers (ECF Nos. 63 and 64), but Michelle did not. On May 21, 2026, the Clerk entered a default as to Michelle. (ECF No. 70.) Thus, as of this date, Eric, Anthony, Dennis, and Michelle are in

default. On June 11, 2026, Met Life filed a motion for a default judgment as to those four defendants. (ECF No. 71.)

On October 16, 2026, I held a settlement conference. The participants included Monique, Crystal, and Belinda. The other defendants did not appear. Following the conference, the participants reached a settlement which was placed on the record. Pursuant to the agreement, Monique will receive $2,000.00, Crystal will receive approximately $2,989.80 (14% of the amount on deposit), and Belinda will receive the balance of the funds.

Accordingly, I recommend that the Court direct the Clerk to disburse the funds to Monique, Crystal, and Belinda as set forth above. I further recommend that the Court enter a default judgment barring Anthony, Eric, Dennis, and Michelle from receiving any of the life insurance proceeds on deposit with the Court and discharging Met Life, General Motors, and the welfare benefit plan under which the policy was issued from further liability to Anthony, Eric, Dennis, and Michelle relating to payment of the life insurance benefits at issue in this action.

Dated: October 16, 2026

/s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).