UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE COMPANY,

Plaintiff,

v.

BELINDA FRENCH, et al.,

Defendants.
_______________________________/

Case No. 1:25-cv-985

HON. JANE M. BECKERING

**ORDER**

This is an interpleader action. Prior to being dismissed from this action (*see* ECF No. 87), Plaintiff filed a Motion for Entry of Default Judgment Against Defendants Anthony French, Dennis French II, Eric French, and Michelle Beach (ECF No. 71). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 90) on October 16, 2026, recommending that the Court direct the Clerk to disburse the funds at issue in this case to Monique French, Crystal Blackburn, and Belinda French as set forth in the Report and Recommendation. In addition, the Magistrate Judge recommended that the Court enter a default judgment barring Anthony French, Eric French, Dennis French II, and Michelle Beach from receiving any of the life insurance proceeds on deposit with the Court and discharging Metropolitan Life Insurance Company, General Motors, and the welfare benefit plan under which the policy was issued from further liability to Anthony, Eric, Dennis, and Michelle relating to payment of the life insurance benefits at issue in this action. The Report and Recommendation was duly served on the parties that have appeared to date. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 90) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Entry of Default Judgment Against Defendants Anthony French, Dennis French II, Eric French, and Michelle Beach (ECF No. 71) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to disburse the funds at issue in this case to Monique French in the amount of $2,000.00, to Crystal Blackburn in the amount of approximately $2,989.80 (14% of the amount on deposit), and to Belinda French the remaining balance of the funds.

A Default Judgment as to Anthony French, Eric French, Dennis French II, and Michelle Beach will issue.

Dated: November 6, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge